UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA C. ORTIZ,

    Plaintiff,

v.

THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

No. C 07-4148 WDB

**ORDER**

    The Court has received Plaintiff's Motion to File a Motion for Reconsideration of the Court's May 2, 2008, Order, in which the undersigned granted, in part, Plaintiff's Motion for Summary Judgment. Plaintiff has failed to show a sufficient predicate for reconsideration of the Court's prior Order and, accordingly, Plaintiff's current Motion for Leave to File a Motion for Reconsideration is DENIED.

    IT IS SO ORDERED.

Dated: May 14, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1