UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ANDREA ORTIZ, | ) | CIVIL NO. C-07-04148 WDB |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d). |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, which the Court hereby approves, IT IS ORDERED that counsel for Plaintiff, JAMES HUNT MILLER, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS FORTY-THREE AND NO CENTS ($5,543.00) and no costs, as follows:

James Hunt Miller
P.O. Box 10891
Oakland, CA 94610.

Dated: September 30 , 2008.

THE HON. WAYNE D. BRAZIL
United States Magistrate Judge

3